IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LYSTAND, et al., | CASE NO. CV F 11-0655 LJO |
| Plaintiffs, | **ORDER ON BRIEFING SCHEDULE** (Doc. 1.) |
| vs. | |
| SUNTRUST MORTGAGE, INC., | |
| Defendant. / | |

Defendant filed its motion to withdraw bankruptcy reference without setting a hearing date. As such, this Court SETS a briefing schedule and ORDERS:

1. Plaintiffs, no later than May 12, 2011, to file and serve papers to oppose or respond to defendants' motion to withdraw bankruptcy reference; and

2. Defendant, no later than May 19, 2011, to file and serve reply papers.[1]

Pursuant to its practice, this Court will consider defendant's motion to withdraw bankruptcy reference on the record without a hearing, unless otherwise ordered.

IT IS SO ORDERED.

**Dated:** April 28, 2011          /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

---

[1] This Court limits opposition points and authorities to 25 pages and reply points and authorities to 10 pages.

1