Alan Steven Wolf, Bar No. 94665
Daniel J. Fujimoto, Bar No. 158575
Ryan M. Davies, Bar No. 192598
**THE WOLF FIRM**
A Law Corporation
2955 Main Street, Second Floor
Irvine, California 92614
Voice: (949) 720-9200
Fax: (949) 608-0128

Attorneys for SunTrust Mortgage, Inc.

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LYSTAND, KAREN LYSTAD, <br><br>Plaintiffs, <br><br>vs. <br><br>SUNTRUST MORTGAGE, INC., and DOES 1 though 10. <br><br>Defendants. | CASE NO. 1:11-CV-00655-SKO <br><br>STIPULATION AND ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT SUNTRUST MORTGAGE, INC. TO RESPOND TO SECOND AMENDED COMPLAINT <br><br>HEARING DATE AND TIME: <br><br>N/A |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLAINTIFFS and DEFENDANT SUNTRUST MORTGAGE INC., submit the following Stipulation and proposed Order granting Defendant an extension of time of 10 days to respond to PLAINTIFFS' Second Amended Complaint.

PLAINTIFFS and DEFENDANT SUNTRUST MORTGAGE, INC., hereby stipulate and agree that the deadline for DEFENDANT SUNTRUST MORTGAGE, INC., to respond to the Second Amended Complaint filed in this action on August 31, 2011 as Docket No. 25, shall be extended by ten (10) days to September 24, 2011.

1

1  There have been no previous extensions of time sought or granted in connection with this
2  pleading, and this extension will not affect the timing of the Scheduling Conference currently set
3  for October 20, 2011 in this proceeding.

IT IS SO STIPULATED:

Dated:  September 14, 2011          /s/ Ryan M. Davies
                                    Ryan M. Davies
                                    THE WOLF FIRM, A Law Corporation
                                    Attorneys for Defendant SUNTRUST
                                    MORTGAGE, INC.

Dated:  September 14, 2011          /s/ Nancy Klepac
                                    Nancy Klepac
                                    The Law Offices of Timothy C. Springer
                                    Attorney for Plaintiffs

IT IS SO ORDERED.

   Dated:   **September 15, 2011**              **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT