# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LYSTAD and KAREN LYSTAD,<br><br>               Plaintiff,<br><br>  v.<br><br>SUNTRUST MORTGAGE, INC.,<br><br>              Defendant.<br>_____/ | CASE NO. 1:11-CV-00655-SKO<br><br>**ORDER TO FILE DISPOSITIVE CASE DOCUMENTS OR SHOW CAUSE** |

On October 22, 2012, the parties appeared for a settlement conference before U.S. Magistrate Judge Dennis L. Beck and the case was settled. The parties were ordered to file dispositive case documents within 30 days following their settlement, but failed to do so. As such, this Court ORDERS the parties, **no later than January 23, 2013,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show cause why the action has not been dismissed.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

**Dated:   January 14, 2013**                   **/s/ Sheila K. Oberto**
                                                               UNITED STATES MAGISTRATE JUDGE