1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

13
14
15
16
17
18
19
20
21

| John Lystad and Karen Lystad | CASE NO: 1:11-CV-00655-SKO |
|---|---|
| Plaintiffs | |
| vs. | **ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO STIPULATION** |
| | [Fed.R.Civ.P. 41(a)(1)(A)(ii)] |
| Suntrust Mortgage, Inc., and DOES 1-10, | U.S. District Court<br>2500 Tulare Street<br>Fresno, CA 93721 |
| Defendants. | |

22
23
24
25

Upon review of the Stipulation for Dismissal of Action with Prejudice filed by the parties herein as docket number 51 in the above captioned action,

26
27
28

IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and the Court shall retain jurisdiction for ninety (90) days from the date of this order to enforce the terms of the settlement agreement executed by the parties.

IT IS SO ORDERED.

Dated:   **February 14, 2013**              **/s/ Sheila K. Oberto**
                                                                  UNITED STATES MAGISTRATE JUDGE

336-9850